# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**CYVA RESEARCH HOLDINGS, LLC,**

        Plaintiff,

v.

**CULLEN/FROST BANKERS, INC., FROST BANK, FROST INSURANCE AGENCY, INC., FROST INVENSTMENT ADVISORS, LLC, FROST SECURITIES, INC.,**

        Defendants.

**Civil Action No. 2:13-CV-409**

**JURY TRIAL DEMANDED**

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement in which CYVA Research Holdings, LLC ("CYVA" or "Plaintiff") makes the following allegations against Cullen/Frost Bankers, Inc. ("Cullen"), Frost Bank, Frost Insurance Agency, Inc. ("Frost Insurance"), Frost Investment Advisors, LLC ("Frost Investment"), and Frost Securities, Inc. ("Frost Securities") (collectively, "Defendants," and individually, "Defendant"):

## PARTIES

1.  Plaintiff CYVA is a Texas limited liability company, having a principal place of business of 7005 Chase Oaks Blvd., Suite 180, Plano, TX 75025.

2.  Defendant Cullen is a corporation organized and existing under the laws of the State of Texas, with its principal place of business located at 100 W. Houston St., ST# RB-6, San Antonio, TX 78205. Cullen may be served via its registered agent for service of process: Stan Mccormick, 100 W. Houston St., San Antonio, TX 78205.

3. Defendant Frost Bank is a wholly owned subsidiary of Cullen and a Texas State Financial Institution, with its principal place of business at 100 W. Houston St., San Antonio, TX 78205. Frost Bank may be served via its registered agent for service of process: Stanley E McCormick Jr., 100 W. Houston St., San Antonio, TX 78205.

4. Defendant Frost Insurance is a wholly owned subsidiary of Cullen and a corporation organized and existing under the laws of the State of Texas, with its principal place of business at 100 W. Houston St., San Antonio, TX 78205. Frost Insurance may be served via its registered agent for service of process: Richard Kardys, 100 W. Houston St., San Antonio, TX 78205.

5. Defendant Frost Investment is a wholly owned subsidiary of Cullen and a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business at 100 W. Houston St., San Antonio, TX 78205. Frost Investment may be served via its registered agent for service of process: The Corporation Trust Company, Corporation Trust Center 1209 Orange St., Wilmington, DE 19801.

6. Defendant Frost Securities is a wholly owned subsidiary of Cullen and a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 100 W. Houston St., ST# RB-6. Frost Securities may be served via its registered agent for service of process: The Corporation Trust Company, Corporation Trust Center 1209 Orange St., Wilmington, DE 19801.

## JURISDICATION AND VENUE

7. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8.     Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). On information and belief, each Defendant has transacted business in this district, and has committed and/or induced acts of patent infringement in this district.

9.     On information and belief, each Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statue, due at least to its substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this Judicial District.

**COUNT I**
**INFRINGEMENT OF U.S. PATENT NO. 5,978,440**

10.     Plaintiff is the owner by assignment of United States Patent No. 5,987,440 ("the '440 Patent") titled "Personal Information Security and Exchange Tool."  The '440 Patent issued on November 16, 1999.  A true and correct copy of the '440 Patent is attached as Exhibit A.

11.     Upon information and belief, Defendants have been and are now infringing the '440 Patent in the State of Texas, in this judicial district, and elsewhere in the United States, by, among other things, directly or through intermediaries, making, using, importing, providing, supplying, distributing, selling, and/or offering for sale apparatuses and systems for providing, a computer-implemented system for asserting informational privacy and self-determination, a plurality of electronic entities, each electronic entity comprising secured personal data and exchange rules governing access to said information, providing trusted processing between two electronic entities, for the purpose of securely computing each entity's privilege rules and determining whether an exchange of some or all personal data will occur, covered by one or more claims of the '440 Patent to the injury of CYVA.  Defendants are directly infringing,

literally infringing, and/or infringing the '440 Patent under the doctrine of equivalents. Defendants are thus liable for infringement of the '440 Patent pursuant to 35 U.S.C. § 271.

12. On information and belief, to the extent any marking was required by 35 U.S.C. §287, all predecessors in interest to the '440 Patent complied with any such requirements.

13. As a result of Defendants' infringement of the '440 Patent, Plaintiff has suffered monetary damages and is entitled to a money judgment in an amount adequate to compensate for Defendants' infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the court, and Plaintiff will continue to suffer damages in the future unless Defendants' infringing activities are enjoined by this Court.

14. Unless a permanent injunction is issued enjoining Defendants and their agents, servants, employees, representatives, affiliates, and all others acting on in active concert therewith from infringing the '440 Patent, Plaintiff will be greatly and irreparably harmed.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter:

1. A judgment in favor of Plaintiff that Defendants have infringed the '440 Patent;

2. A permanent injunction enjoining Defendants and their officers, directors, agents servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringement, inducing the infringement of, or contributing to the infringement of the '440 Patent, or such other equitable relief the Court determines is warranted;

3. A judgment and order requiring Defendants pay to Plaintiff its damages, costs, expenses, and prejudgment and post-judgment interest for Defendants' infringement of the '440

Patent as provided under 35 U.S.C. § 284, and an accounting of ongoing post-judgment infringement; and

    4.    Any and all other relief, at law or equity, to which Plaintiff may show itself to be entitled.

## DEMAND FOR JURY TRIAL

CYVA, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

DATED May 15, 2013.                    Respectfully submitted,
                                       By: \s\ *Hao Ni*
                                       Hao Ni
                                       Texas Bar No. 24047205
                                       hni@nilawfirm.com
                                       Timothy T. Wang
                                       Texas Bar No. 24067927
                                       twang@nilawfirm.com
                                       Neal G. Massand
                                       Texas Bar No. 24039038
                                       nmassand@nilawfirm.com
                                       Stevenson Moore V
                                       Texas Bar No. 24076573
                                       smoore@nilawfirm.com

                                       **Ni, Wang & Associates, PLLC**
                                       8140 Walnut Hill Ln., Ste. 310
                                       Dallas, TX 75231
                                       Tel: (972) 331-4600
                                       Fax: (972) 314-0900

                                       **ATTORNEYS FOR PLAINTIFF CYVA RESEARCH HOLDINGS, LLC**